(October 22, 1937.)

In the Matter of the Petition of QUEENS COUNTY BAR ASSOCIATION in Respect of BERNARD S. DORNFELD, an Attorney and Counselor at Law.— Matter referred to Hon. Isaac M. Kapper, official referee, to hear and to report with his opinion. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of SIDNEY SZERLIP, an Attorney and Counselor at Law.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.

ISAAC MATSIL, Appellant, v. JACOB MARKOWITZ, Respondent.— Motion for reargument of motion for leave to appeal to the Appellate Division denied, without costs. Present — Hagarty, Davis, Johnston, Taylor and Close, JJ.

MINTA B. TROTMAN, Respondent, v. THE CITY OF NEW YORK and Another, Defendants, and LEON GOLDBAUM, Appellant.— Motion to dismiss appeal (post, p. 786) denied, without costs. Present — Carswell, Davis, Johnston, Adel and Close, JJ.

LOUISA ACOCELLA, Respondent, v. FREDERICK H. BRINKMAN, Individually and as Administrator, etc., of ANDREW BRINKMAN, Deceased, Appellant.— Judgment in an action for specific performance of a verbal contract unanimously affirmed, with costs, payable by appellant personally. No opinion. Present — Carswell, Davis, Johnston, Adel and Close, JJ.

SAMUEL BONAT and HARRY BONAT, Doing Business under the Firm Name and Style of SAMUEL BONAT & BRO., Appellants, v. ALICE STENERSEN, Doing Business under the Firm Name and Style of ALICE HAIRDRESSING SHOP, Respondent.— In an action for goods sold and delivered, plaintiffs sought to recover the unpaid balance of the purchase price, relying on a written conditional sales contract, signed by defendant, the terms of which provided that it was complete and there were no warranties. The contract provided for payment by a series of notes, the due dates of which were accelerated on default. In her answer defendant claimed the contract was oral, that the merchandise was not as warranted, and that the contract was never consummated, and demanded rescission and judgment on her counterclaim for the return of the part payment. Proof of the oral contract was admitted without objection. The jury found a verdict for defendant. Judgment of the County Court of Nassau county reversed on the law and the facts and a new trial ordered, with costs to appellants to abide the event. There is no proof that defendant at any time tendered the merchandise to plaintiffs, so that now she has the property, and the payments she made thereon have been returned to her. This is an illegal and unjust result regardless of the strange course the trial took by apparent assent of the parties, and there should be a new trial. Hagarty, Davis, Johnston, Taylor and Close, JJ., concur.

LEE F. BONIME and SYBIL BONIME, Appellants, v. NEW ROCHELLE HOSPITAL ASSOCIATION, Respondent.— Action to recover damages for injuries sustained by plaintiff Sybil Bonime in a fall from a stretcher in defendant's hospital, and by her husband to recover for expenses and loss of services. Appeal from order setting aside verdicts in favor of plaintiffs and dismissing their complaint, and from the judgment entered thereon. Order and judgment unanimously affirmed, with costs. No opinion. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.